Nat KOPLAR, Appellant, v. John W. SNYDER, Trustee of Congress and Senate Company, a Corporation, Debtor.

No. 13486.

Circuit Court of Appeals, Eighth Circuit.

Jan. 31, 1947.

J. L. London and Robert T. Burch, both of St. Louis, Mo., for appellant.

Forrest Hemker, of St. Louis, Mo., for appellee.

PER CURIAM.

Petition for allowance of appeal from order of District Court of December 16, 1946, allowing fee to John W. Snyder, Trustee, etc., denied.